FILED

IN THE UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF VIRGINIA

2019 AUG 21 A 10 30

ALEXANDRIA DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | Criminal No.: 1:19-MJ-374 |
| | ) | Misdemeanor |
| v. | ) | |
| | ) | |
| CLARA D. ONEAL, | ) | Court Date: August 26, 2019 |
| | ) | |
| Defendant. | ) | |

## CRIMINAL INFORMATION

(COUNT I – Class A Misdemeanor – 7140607)

THE UNITED STATES ATTORNEY CHARGES THAT:

On or about July 8, 2019, at Marine Corps Base, Quantico, Virginia within the special maritime and territorial jurisdiction of the United States in the Eastern District of Virginia, the defendant, CLARA D. ONEAL, did knowingly and unlawfully obstruct a law-enforcement officer in the performance of his duties as such and failed and refused without just cause to cease such obstruction when requested to do so by a law-enforcement officer.

(Violation of Title 18, United States Code, Section 13, assimilating Virginia Code, Section 18.2-460, 1950, as amended)

Respectfully Submitted,

G. Zachary Terwilliger
United States Attorney

Garland W. Rowland
Special Assistant United States Attorney

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that a true and correct copy of the Criminal Information was mailed this 21 day of August 2019 to the defendant's home of record.

By: _____
Garland W. Rowland
Special Assistant United States Attorney
2100 Jamieson Ave
Alexandria, VA 22314
Phone: (703) 299-3706
Fax: (703) 299-3980
Garland.Rowland@usdoj.gov