# IN THE UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF VIRGINIA

Alexandria Division

| UNITED STATES OF AMERICA | ) | |
|---|---|---|
| | ) | Criminal No.: 1:19MJ374 |
| v. | ) | |
| | ) | |
| | ) | Court Date: Oct 29, 2019 |
| CLARA D O'NEAL, | ) | |
| | ) | |
| Defendant. | ) | |

## GOVERNMENT'S UNOPPOSED MOTION FOR CONTINUANCE

The parties, pursuant to Rule 47(G) of the United States District Court for the Eastern District of Virginia Local Criminal Rules, respectfully requests that the Court continue the trial for the Defendant, CLARA D O'NEAL, which is currently scheduled for Oct, 29 2019 at 10:00 a.m., to December 17, 2019. As grounds for this Motion, the United States submits the following:

1. The spouse of MP Gregory Sloane, government witness, has recently passed away.

2. MP Sloane's testimony will be critical to the Government's case and he will require time to arrange the funeral and handle personal matters.

3. Accordingly, the Government respectfully submits that there is good cause to continue the trial until December 17, 2019.

1

Respectfully submitted,

G. Zachary Terwilliger
United States Attorney

By:     __/s/_____

Garland W. Rowland
Special Assistant United States Attorney
2100 Jamieson Ave
Alexandria, VA 22314
Phone: (703) 299-3706
Fax: (703) 299-3980
Garland.Rowland@usdoj.gov

## **CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that a true copy of the foregoing Government's Motion for Dismissal was filed electronically and will be sent using this Court's CM/ECF system to defense counsel October 16, 2019.

By: \_\_/s/_____

Garland W. Rowland
Special Assistant United States Attorney
2100 Jamieson Ave
Alexandria, VA 22314
Phone: (703) 299-3706
Fax: (703) 299-3980
Garland.Rowland@usdoj.gov